B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida, Tampa Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Without Walls International Church, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**59-3491326** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3860 W. Columbus Dr.**<br>**Tampa, FL**<br>ZIP Code **33607** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>    *See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Without Walls International Church, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)         Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Without Walls International Church, Inc. |
|---|---|

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X /s/ Elena P. Ketchum
Signature of Attorney for Debtor(s)

**Elena P. Ketchum, Bar No. 0129267**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number

3/10/14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Randy A. White
Signature of Authorized Individual

**Randy A. White**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

2/5/2014
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

ADP, Inc.
5680 New Northside Dr
Atlanta, GA 30328

Aerial Rigging, Inc
2940 Drane Field Rd.
Lakeland, FL 33811

Airite Air Conditioning, Inc
5334 West Crenshaw
Tampa, FL 33634

Robert Aldrich
c/o Greg Harder, Esq.
2405 Fox Forest Dr.
Lutz, FL 33549

American Document Destruction
Post Office Box 1407
Safety Harbor, FL 34695

American Door Company
1244 Kennedy Blvd
Tampa, FL 33609

Anthony & Partners
201 N. Franklin St., Ste 2800
Tampa, FL 33602

ARL Marketing & Public Relations, Inc.
Attn: Andrew Lord
2301 N.E. 11th Ave.
Fort Lauderdale, FL 33305

Ash Services, LLC
970 Harbor Lake Drive, A
Safety Harbor, FL 34695

Assurant Employee Benefits
2323 Grand Boulevard
Kansas City, MO 64108

Bear Tracks
314 N. Clearview Ave.
Tampa, FL 33609

Bible Soft
22030 7th Ave. S., #204
Seattle, WA 98198

Bright House Networks
PO Box 30765
Tampa, FL 33630-3765

Broderick Rice
164 N. Oak Knoll Ave., #10
Pasadena, CA 91101

Brown's Trophies
3202 W. Gandy Ave.
Tampa, FL 33611

C&L Value Advisors
4805 W. Laurel Street
Ste 100
Tampa, FL 33607

CDW Direct, LLC
200 N. Milwaukee Ave.
Vernon Hills, IL 60061

Central Vacuum Stores and More
3015 46th Avenue North
Saint Petersburg, FL 33714

Chitwood and Chitwood
Osborne Office Center, #500
5746 Marlin Road
Chattanooga, TN 37411

Cintas Corporations
PO Box 630910
Cincinnati, OH 45263

City of Lakeland
Code Enforcement
228 S. Massachusetts Ave.
Lakeland, FL 33801-5086

City of Tampa
3402 W. Columbus Drive
Tampa, FL 33607

City of Tampa
Code Enforcement Board
2105 N. Nebraska Ave.
Tampa, FL 33602

City of Tampa Police
315 E. Kennedy Blvd.
050C2
Tampa, FL 33602

City of Tampa Utilities
PO Box 30191
Tampa, FL 33630-3191

Construction Management Associates
c/o J. David Pobjecky, Esq.
786 Avenue C., S.W.
Winter Haven, FL 33880

Cox Fire Protection, Inc.
7910 Professional Place
Tampa, FL 33637

Cox Radio
11300 4th St. N
Tampa, FL 33602

Creative Pastors
5201 N. O'Connor Blvd, 5th Floor
Irving, TX 75039

Critical Systems Solutions, LLC
2830 Scherer Dr., #300
Saint Petersburg, FL 33716

Custom Microsystems
105 Woodcreek Drive
Safety Harbor, FL 34695

CWS Systems Inc
PO Box 160609
Altamonte Springs, FL 32716

Dell Financial Services
12234 N. Interstate Hwy 35
Suite 35A
Austin, TX 78753

Brenda Dennis
3422 S. MacDill Ave, #5
Tampa, FL 33629

Edible Arrangements
11401 N. 56th Street #16
Tampa, FL 33617

El Caribe Resort & Conference Center
2125 South Atlantic Ave.
Daytona Beach, FL 32118

Electric Protection Systems, Inc.
5909 21st Street East
Bradenton, FL 34203

Emily Elias
6001 Palm Shadow Way, #1035
Tampa, FL 33647

Entertainment Services Group, Inc.
7585 Cetronia Rd
Allentown, PA 18106

Evangelical Christian Credit Union
955 W. Imperial Highway
Brea, CA 92821

Evangelical Christian Credit Union
c/o Alfred Bennington, Jr., Esq.
P.O. Box 4956
Orlando, FL 32802-4956

FedEx
4618 W. Kennedy Blvd
Tampa, FL 33609

FedEx Kinko's
PO Box 66468
Chicago, IL 60666-0468

Full Compass
9770 Silicon Praire Pkwy
Verona, WI 53593

Gregory Gibson
19804 Timberbluff Drive
Land O Lakes, FL 34683

Guardian Dental Insurance
PO Box 677458
Dallas, TX 75267-7458

Guardian International
330 Henderson Blvd
Tampa, FL 33609

GuideOne Insurance
1111 Ashworth Road
West Des Moines, IA 50265-3538

Hillsborough County Tax Collector
P.O. Box 172920
Tampa, FL 33672-0920

Holcomb & Leung, P.A.
3203 W. Cypress Street
Tampa, FL 33607

Holland & Knight LLP
PO Box 864084
Orlando, FL 32886

I&C Electrical Contracting Svcs, LLC
11800 N. Florida Ave
Tampa, FL 33682

Ikon Office Solutions
6700 Sugarloaf Pkwy
Duluth, GA 30097

International Lombard Corporation
c/o Raymond Rotella, Esq.
P.O. Box 113
Orlando, FL 32802

| | | |
|---|---|---|
| Iron Mountain, Inc.<br>1101 Enterprise Dr<br>Royersford, PA 19468 | Jackson County Tax Collector<br>401 Grindstaff Cove Rd., #154<br>Sylva, NC 28779 | Javaworks Enterprises, Inc<br>511 Tarbor Ct-Unit C<br>Safety Harbor, FL 34695 |
| John C. Belcher, D.D.S.<br>3614 Madaca Lane<br>Tampa, FL 33618-2057 | Labor Ready<br>710 Cottage Grove Rd<br>Madison, WI 53716 | Lakeland Electric<br>501 E. Lemon Street<br>Lakeland, FL 33801 |
| Ronald Laport<br>c/o James Adams, Esq.<br>2708 W. Kennedy Blvd.<br>Tampa, FL 33609 | Law Offices of Eric V. Hires, LLC<br>2739 Taylor Ave<br>Orlando, FL 32806 | Luke Entertainment Productions Inc<br>PO Box 341005<br>Tampa, FL 33694 |
| Mail Marketing<br>12405 73rd Court<br>Largo, FL 33773 | Massey Preventech Commercial Services<br>2140 SE Belcher Rd<br>Largo, FL 33771 | Brandon McDaniel<br>1938 Abbey Ridge Rd<br>Dover, FL 33352 |
| McNatt Plumbing Company, Inc.<br>5800 E. Broadway Ave.<br>Tampa, FL 33612 | Micahtek<br>8215 S. Elm Place<br>Broken Arrow, OK 74011 | National Loan Service Center<br>18757 Burbank Blvd., #330<br>Tarzana, CA 91357 |
| Northshore Care Supply<br>1200 Barclay Blvd<br>Buffalo Grove, IL 60089 | Office Depot Credit Plan<br>PO Box 633211<br>Cincinnati, OH 45263 | Orange Leap<br>13800 Montfort Dr., Ste 220<br>Dallas, TX 75240 |
| Orkin Inc<br>9629 Palm River Rd<br>Tampa, FL 33619 | Party City<br>418 N. Dale Mabry Hwy<br>Tampa, FL 33609 | Premiere Global Service<br>PO Box 404351<br>Atlanta, GA 30384 |
| R2J Chemical Services, Inc<br>12345-D 62nd St. N<br>Largo, FL 33773 | Richman Group of Florida, Inc.<br>The Brandywine Centre 1<br>477 S. Rosemary Ave., #301<br>West Palm Beach, FL 33401 | Richman Group, Inc.<br>c/o Joanne Flanagan, Esq.<br>340 Pemberwick Rd.<br>Greenwich, CT 06831 |
| Richman Group, Inc.<br>c/o Lawrence J. Bailin, Esq.<br>401 E. Jackson St., #2200<br>Tampa, FL 33602 | Ricoh Americas Corporation<br>PO Box 73210<br>Chicago, IL 60673 | Signs Now<br>11602 N. Dale Mabry Hwy<br>Tampa, FL 33618 |

Smiles Catering, Inc.
4647 Parkway Blvd.
Land O Lakes, FL 34639

Stage Lighting Store
3061 Phillips Hwy., #102
Jacksonville, FL 32254

Stanfield & O'Dell
3211 South Lakewood Ave
Tulsa, OK 74135


Staples
Dept ATL PO Box 405386
Atlanta, GA 30384

Storehouse of Religious Goods
1100 Regal Now
Austin, TX 78748

Streaming Faith
1100 Circle 75 Pkwy., #600
Atlanta, GA 30339


Sunbelt Rentals, Inc
8406 E.Dr. Martin Luther King Jr. Blvd
Tampa, FL 33610

Tampa Electric Co.
PO Box 31318
Tampa, FL 33631

Technology Solutions LLC
3433 Lithia Pinecrest Rd., #334
Valrico, FL 33596


Tree Branch
1208 N. Ward St
Tampa, FL 33607

Tucker Hall, Inc.
201 N. Franklin St., #2760
Tampa, FL 33602

U.S. Postmaster
3501 Bessie Coleman Blvd. FL 3
Tampa, FL 33630


U.S. Security Solutions
490 Foundry St
South Easton, MA 02375

United Business Supply
8600 Darby Ave
Northridge, CA 91325

United Health Care Insurance Co.
Dept CH 10151
Palatine, IL 60055


University of South Florida
4202 E. Fowler Ave
Tampa, FL 33620

Verizon Business
500 Technology Dr
Ste 870
Saint Charles, MO 63304

Verizon Credit, Inc.
201 N. Franklin St., #3300
Tampa, FL 33602


Verizon Florida, LLC
PO Box 920041
Dallas, TX 75392

Wal-Mart
1505 N. Dale Mabry Hwy
Tampa, FL 33607

Randy A. White
3860 W. Columbus Dr.
Tampa, FL 33607


Winters, King & Associates, Inc.
2448 East 81st Street
Tulsa, OK 74137

Withum & Company
4210 Sandy Shores Drive
Lutz, FL 33558

World Changers Church Intl.
2500 Burdett Rd
Atlanta, GA 30349


Zeno Office Solutions, Inc.
1961 Hirst Dr.
Moberly, MO 65270