B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   Without Walls International Church, Inc.                                     Case No. _____
                                                      Debtor(s)                      Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Construction Management Associates<br>c/o J. David Pobjecky, Esq.<br>786 Avenue C., S.W.<br>Winter Haven, FL 33880 | Construction Management Associates<br>c/o J. David Pobjecky, Esq.<br>786 Avenue C., S.W.<br>Winter Haven, FL 33880 | | Disputed | 162,919.72 |
| Anthony & Partners<br>201 N. Franklin St., Ste 2800<br>Tampa, FL 33602 | Anthony & Partners<br>201 N. Franklin St., Ste 2800<br>Tampa, FL 33602 | | | 90,445.05 |
| Holland & Knight LLP<br>PO Box 864084<br>Orlando, FL 32886 | Holland & Knight LLP<br>PO Box 864084<br>Orlando, FL 32886 | | | 54,720.77 |
| Verizon Florida, LLC<br>PO Box 920041<br>Dallas, TX 75392 | Verizon Florida, LLC<br>PO Box 920041<br>Dallas, TX 75392 | | | 48,333.55 |
| Lakeland Electric<br>501 E. Lemon Street<br>Lakeland, FL 33801 | Lakeland Electric<br>501 E. Lemon Street<br>Lakeland, FL 33801 | | | 45,311.88 |
| Aerial Rigging, Inc<br>2940 Drane Field Rd.<br>Lakeland, FL 33811 | Aerial Rigging, Inc<br>2940 Drane Field Rd.<br>Lakeland, FL 33811 | | | 34,695.00 |
| Iron Mountain, Inc.<br>1101 Enterprise Dr<br>Royersford, PA 19468 | Iron Mountain, Inc.<br>1101 Enterprise Dr<br>Royersford, PA 19468 | | | 23,053.03 |
| Winters, King & Associates, Inc.<br>2448 East 81st Street<br>Tulsa, OK 74137 | Winters, King & Associates, Inc.<br>2448 East 81st Street<br>Tulsa, OK 74137 | | | 13,100.54 |
| Tampa Electric Co.<br>PO Box 31318<br>Tampa, FL 33631 | Tampa Electric Co.<br>PO Box 31318<br>Tampa, FL 33631 | | | 11,360.05 |
| Airite Air Conditioning, Inc<br>5334 West Crenshaw<br>Tampa, FL 33634 | Airite Air Conditioning, Inc<br>5334 West Crenshaw<br>Tampa, FL 33634 | | | 11,221.01 |
| Bright House Networks<br>PO Box 30765<br>Tampa, FL 33630-3765 | Bright House Networks<br>PO Box 30765<br>Tampa, FL 33630-3765 | | | 11,030.70 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Without Walls International Church, Inc.**  Case No. _____
        _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GuideOne Insurance<br>1111 Ashworth Road<br>West Des Moines, IA 50265-3538 | GuideOne Insurance<br>1111 Ashworth Road<br>West Des Moines, IA 50265-3538 | | | 11,006.87 |
| Stanfield & O'Dell<br>3211 South Lakewood Ave<br>Tulsa, OK 74135 | Stanfield & O'Dell<br>3211 South Lakewood Ave<br>Tulsa, OK 74135 | | | 10,110.00 |
| City of Tampa Utilities<br>PO Box 30191<br>Tampa, FL 33630-3191 | City of Tampa Utilities<br>PO Box 30191<br>Tampa, FL 33630-3191 | | | 9,045.46 |
| Verizon Business<br>500 Technology Dr<br>Ste 870<br>Saint Charles, MO 63304 | Verizon Business<br>500 Technology Dr<br>Ste 870<br>Saint Charles, MO 63304 | | | 7,169.18 |
| Premiere Global Service<br>PO Box 404351<br>Atlanta, GA 30384 | Premiere Global Service<br>PO Box 404351<br>Atlanta, GA 30384 | | | 6,626.87 |
| Chitwood and Chitwood<br>Osborne Office Center, #500<br>5746 Marlin Road<br>Chattanooga, TN 37411 | Chitwood and Chitwood<br>Osborne Office Center, #500<br>5746 Marlin Road<br>Chattanooga, TN 37411 | | | 6,000.00 |
| United Health Care Insurance Co.<br>Dept CH 10151<br>Palatine, IL 60055 | United Health Care Insurance Co.<br>Dept CH 10151<br>Palatine, IL 60055 | | | 5,994.59 |
| Streaming Faith<br>1100 Circle 75 Pkwy., #600<br>Atlanta, GA 30339 | Streaming Faith<br>1100 Circle 75 Pkwy., #600<br>Atlanta, GA 30339 | | | 5,006.55 |
| City of Lakeland<br>Code Enforcement<br>228 S. Massachusetts Ave.<br>Lakeland, FL 33801-5086 | City of Lakeland<br>Code Enforcement<br>228 S. Massachusetts Ave.<br>Lakeland, FL 33801-5086 | | | 4,300.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Without Walls International Church, Inc.**                    Case No. _____
                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **3/5/14**              Signature  _____
                                          Randy A. White
                                          President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy