

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/12/2014 10:00 AM

COURTROOM 8A

HONORABLE MICHAEL WILLIAMSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:14-bk-02567-MGW | 11 | 03/10/2014 |

Chapter 11

**DEBTOR:**   Without Walls International Church, Inc.

**DEBTOR ATTY:**   Michael Hooi

**TRUSTEE:**   NA

**HEARING:**

Emergency Motion (Verified) for Relief from Stay (Verify Fee) Re: Real and personal property. And/or to Abstain With Certificate of Necessity Filed by James A Timko on behalf of Creditor Evangelical Christian Credit Union Doc #4
Debtor's Response Doc #10

**APPEARANCES:**:
Elena Ketchum & Harley Riedel for Dbtr, Andrew Lennox, proposed special counsel for Dbtr, Denise Barnett for USTEE, Andrew Brumby & Charles Costar for Evangelical Christian Credit Union
**RULING:**
Emergency Motion (Verified) for Relief from Stay (Verify Fee) Re: Real and personal property. And/or to Abstain With Certificate of Necessity Filed by James A Timko on behalf of Creditor Evangelical Christian Credit Union Doc #4, Debtor's Response Doc #10 - Denied w/o/p, Cont. to 4/2 @ 10: a.m., order by Brumby
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.